**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**LATRICE JOHNSON,**

        Plaintiff,

  -vs-

                                                        Case No. 14-C-1159

**CAROLYN COLVIN,**
**Acting Commissioner of the**
**Social Security Administration,**

        Defendant.

---

**DECISION AND ORDER**

---

This matter comes before the Court on Latrice Johnson's motion for leave to proceed *in forma pauperis* on appeal from the denial of her application for social security disability benefits. Johnson's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Johnson's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2014.

                                          **SO ORDERED:**

                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**